United States District Court
Southern District of Texas
**ENTERED**
September 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| GLORIA A. CASTRELLON, § § Plaintiff, § § VS. § § MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for lender and lender's successors and assigns; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Soundview Home Loan Trust 2006-EQ1; and OCWEN LOAN SERVICING, LLC, § § § § § § § § § § Defendants. § § | CIVIL ACTION NO. 7:22-cv-00196 |

## **FINAL JUDGMENT**

The Court's September 7, 2022, order dismissed all of Plaintiff Gloria A. Castrellon's claims with prejudice.[1] The Court now renders final judgment in accordance with Federal Rule of Civil Procedure 54. All issues in this case are resolved by the Court's order. The Court holds that Plaintiff takes nothing by this suit. Each party to bear its own costs. Any relief not expressly granted in this final judgment is hereby **DENIED**. This case is terminated, and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of September 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 14.